UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2014

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-13-1154-S4 12 |
| JOSE A. PADILLA | § | |

## CRIMINAL INFORMATION

From on or about June 1, 2011 to on or about December 31, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

### JOSE A. PADILLA

being an agent of the Hidalgo County Sheriff's Office, an agency of a Local Government which, during the calendar year beginning on January 1, 2011 and ending December 31, 2011, and the following calendar year beginning on January 1, 2012 and ending on December 31, 2012, received benefits in excess of $10,000 from a federal program involving a grant, contract, subsidy, loan, guarantee, insurance or other form of Federal assistance, did knowingly and corruptly solicit, demand, accept and agree to accept a thing of value, that is, United States currency, from an individual, namely Tomas Gonzalez, in excess of $5,000 during each of the aforementioned calendar years, with the intent to be influenced and rewarded in connection with a business, transaction and series of transactions of the Hidalgo County Sheriff's Office, in that the defendant provided information and assistance related to law enforcement activities which aided Tomas Gonzalez with his illegal ventures.

In violation of Title 18, United States Code, Sections 666(a)(1)(B).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
JAMES H. STURGIS
Assistant United States Attorney