**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2019
David J. Bradley, Clerk

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Case No. 7:13–cr–01154 |
| § | |
| Jose A. Padilla § | |

## ORDER OF COMMITMENT

The above named defendant was arrested upon the Supervised Release Petition charging him/her with violating terms of supervised release, imposed in the Southern District of Texas.

Bond: $5,000 cash/surety.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: September 17, 2019

_____
Juan F. Alanis
United States Magistrate Judge